UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRINGFELLOW,<br><br>           Plaintiff,<br><br>      v.<br><br>B. FORESTER, et al.,<br><br>           Defendants. | No.  2:15-cv-1659-EFB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On July 23, 2015, the court found that plaintiff's application to proceed in forma pauperis was deficient and did not contain the trust account statement required by 28 U.S.C. § 1915(a).  Accordingly, the court ordered plaintiff to submit the completed application required by § 1915(a) within thirty days and warned him that failure to do so may result in this action being dismissed.  The time for acting has passed and plaintiff has not submitted a complete application for leave to proceed in forma pauperis with the required trust account statement or otherwise responded to the court's order.

Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States District Judge to this case.

/////

/////

1

1       Further, it is RECOMMENDED that this action be dismissed without prejudice.

2       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  September 10, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE